JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LUNA,<br><br>        Plaintiff,<br><br>v.<br><br>FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:21-cv-07140-AB (JPRx)<br><br>**ORDER DISMISSING CIVIL ACTION** |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE **ORDERED** that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **forty-five (45) days**, to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action, and this Order shall not prejudice any party to this action.

Dated: October 5, 2021

                              ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE