**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ROSA LUNA,**<br><br>Plaintiff,<br><br>v.<br><br>**FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,**<br><br>Defendants. | Case No.: 2:21-cv-07140-AB (JPRx)<br><br>**ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS, AND EXPENSES** |

Plaintiff ROSA LUNA ("Plaintiff") and Defendant FCA US LLC ("Defendant") (collectively, "the Parties"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs, and expenses, as follows:

-2-

(1) That Defendant shall pay the sum of $4,500.00 to Plaintiff, and Plaintiff hereby agrees to accept said payment in full satisfaction of all claims for attorney's fees, costs, and expenses in connection with this action.

(2) That Defendant shall pay the sum of $4,500.00 to Plaintiff within **seventy-five (75) days** of October 19, 2021, unless matters outside the control of Defendant cause delay.

**IT IS SO ORDERED.**

Dated: October 25, 2021

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE