# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA LUNA, | Case No.: 2:21-cv-07140-AB (JPRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING THE ACTION WITH PREJUDICE** |
| FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

In their Joint Stipulation, (Dkt. No. 17), the Parties have indicated that they agree to dismiss this action with prejudice, since they have reached a settlement of Plaintiff's claims in this case and all settlement checks, including Plaintiff's attorney's fees, have been issued. Therefore, the entire action is hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED.**

DATED: February 10, 2022

_____
Hon. André Birotte Jr.
United States District Judge